FILED
CLERK, U.S. DISTRICT COURT

SEP - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>             Plaintiff,  <br>      v.  <br> Jimmy Torres,  <br>             Defendant. | Case No. 09-2013 M  <br><br> ORDER OF DETENTION AFTER HEARING  <br> (Fed.R.Crim.P. 32.1(a)(6)  <br> 18 U.S.C. § 3143(a)  <br> Allegations of Violations of  <br> Probation/Supervised Release  <br> Conditions) |

   On arrest warrant issued by the United States District Court for the District of Nevada involving alleged violations of conditions of probation/supervised release:

   1. The court finds that no condition or combination of conditions will reasonably assure:

      A. (✓) the appearance of defendant as required; and/or

      B. (✓) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _____

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: 9/8/09

_____
HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2